UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRIE KONG, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>THERESA CARREIRO,<br><br>   Defendant. | Case No. 16-cv-02021-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE**<br><br>Re: Dkt. No. 7 |

On May 2, 2016, Magistrate Judge Westmore issued a Report and Recommendation, recommending the remand of this case to Alameda County Superior Court because of a lack of jurisdiction and defects in removal. Dkt. No. 7. Objections to Judge Westmore's Recommendation to remand were due by May 19, 2016. Federal Rule of Civil Procedure 72(b); Civ. Local Rule 72-3. As of today's date, no objections have been filed.

Having reviewed the matter, the Court ADOPTS Judge Westmore's Report and Recommendation in whole. For the reasons expressed therein, this case is REMANDED to the Alameda County Superior Court.

**IT IS SO ORDERED**.

Dated: May 24, 2016

WILLIAM H. ORRICK
United States District Judge